**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **LEN SAVAGE**            )<br>                                            )<br>        *Plaintiff*,                    )<br>                                            )<br>        v.                                 )        Civil Action No. 19-1281 (KBJ)<br>                                            )<br>**BUREAU OF ALCOHOL, TOBACCO,**  )<br>**FIREARMS AND EXPLOSIVES**        )<br>                                            )<br>        *Defendant*.                  ) | |

**JOINT STATUS REPORT**

Pursuant to this Court's June 28, 2019, Minute Order, Plaintiff Len Savage and Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), respectfully submit this Joint Status Report and report as follows:

1.  On May 5, 2019, Plaintiff initiated the above-captioned litigation under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking the disclosure and release of agency records as well as injunctive and other relief. *See* Compl., ECF No. 1. The FOIA request at issue in this case was submitted to ATF on February 11, 2019, and sought:

    - Documents and all other tangible things, including but not limited to, emails, PowerPoint presentations, and communications related to a briefing at the Chief Counsel's Office wherein a written brief and PowerPoint presentation, which discussed "automatically" and "single function of a trigger" was discussed;

    - And, any other such similar briefings, which discussed Historic Arms, LLC, its products, and/or its president, Len Savage.

2.  Since the parties' June 25, 2019 Meet and Confer Statement, Defendant has made three rolling productions to Plaintiff and has processed approximately 2,100 pages of potentially responsive material. Defendant now has approximately 3,900 pages of potentially responsive material left to process and expects to make its next production on October 25, 2019.

3.       In light of the foregoing, the parties propose filing a further joint status report no later than February 24, 2020 to update the Court on the status of the case.

Dated: October 24, 2019                                   Respectfully submitted,

        JESSIE K. LIU, D.C. Bar No. 472845
        United States Attorney

        DANIEL F. VANHORN, D.C. Bar No. 924092
        Chief, Civil Division

By: */s/ Derek S. Hammond*
    DEREK S. HAMMOND, D.C. Bar No. 1017784
    Assistant United States Attorney
    555 Fourth Street, N.W.
    Washington, D.C. 20530
    Telephone: 202-252-2511
    Derek.Hammond@usdoj.gov

    *Counsel for Defendant*

    */s/ Stephen D. Stamboulieh*
    Stephen D. Stamboulieh
    Stamboulieh Law, PLLC
    P.O. Box 4008
    Madison, MS  39130
    (601) 852-3440
    stephen@sdslaw.us
    DC District Court Bar# MS0009

    *Counsel for Plaintiff*