# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **LEN SAVAGE**, <br><br> *Plaintiff*, <br><br> v. <br><br> **BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES** <br><br> *Defendant*. | Civil Action No. 19-1281 (KBJ) |

## JOINT STATUS REPORT

Pursuant to this Court's October 24, 2019, Minute Order, Plaintiff Len Savage and Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), respectfully submit this Joint Status Report and report as follows:

1. On May 5, 2019, Plaintiff initiated the above-captioned litigation under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking the disclosure and release of agency records as well as injunctive and other relief. *See* Compl., ECF No. 1. The FOIA request at issue in this case was submitted to ATF on February 11, 2019, and sought:

   - Documents and all other tangible things, including but not limited to, emails, PowerPoint presentations, and communications related to a briefing at the Chief Counsel's Office wherein a written brief and PowerPoint presentation, which discussed "automatically" and "single function of a trigger" was discussed;

   - And, any other such similar briefings, which discussed Historic Arms, LLC, its products, and/or its president, Len Savage.

2. Since the parties' October 24, 2019, Joint Status Report, Defendant has made three rolling productions to Plaintiff and expects to complete the processing of all remaining material in March 2020.

3. In light of the foregoing, the parties propose filing a further joint status report no later than April 24, 2020 to update the Court on the status of the case.

Dated: February 24, 2020   Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar No. 437437
United States Attorney

DANIEL F. VANHORN, D.C. Bar No. 924092
Chief, Civil Division

By: */s/ Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2511
Derek.Hammond@usdoj.gov

*Counsel for Defendant*

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

*Counsel for Plaintiff*

2