**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|                                               |   |                              |
|-----------------------------------------------|---|------------------------------|
| **LEN SAVAGE**                                | ) |                              |
|                                               | ) |                              |
| *Plaintiff*,                                  | ) |                              |
|                                               | ) |                              |
| v.                                            | ) | Civil Action No. 19-1281 (KBJ) |
|                                               | ) |                              |
| **BUREAU OF ALCOHOL, TOBACCO,**               | ) |                              |
| **FIREARMS AND EXPLOSIVES**                   | ) |                              |
|                                               | ) |                              |
| *Defendant*.                                  | ) |                              |

## JOINT STATUS REPORT

Pursuant to this Court's February 25, 2020, Minute Order, Plaintiff Len Savage and

Defendant Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF"), respectfully submit

this Joint Status Report and report as follows:

1.      On May 5, 2019, Plaintiff initiated the above-captioned litigation under the

Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking the disclosure and release of

agency records as well as injunctive and other relief.  *See* Compl., ECF No. 1. The FOIA request

at issue in this case was submitted to ATF on February 11, 2019, and sought:

- Documents and all other tangible things, including but not limited to, emails, PowerPoint presentations, and communications related to a briefing at the Chief Counsel's Office wherein a written brief and PowerPoint presentation, which discussed "automatically" and "single function of a trigger" was discussed;

- And, any other such similar briefings, which discussed Historic Arms, LLC, its products, and/or its president, Len Savage.

2.      Since the parties' last Joint Status Report, Defendant has completed its

productions to Plaintiff and the parties have reached a settlement in principle.  The settlement is

subject to approval by the United States Attorney or his designee and finalization of a formal

settlement agreement.  The parties are currently in the process of drafting the settlement

agreement.

3.      In light of the foregoing, the parties propose submitting a joint status report on

May 25, 2020, to apprise the Court of the status of the case if a stipulation of dismissal has not

yet been filed.

Dated: April 24, 2020              Respectfully submitted,

TIMOTHY J. SHEA, D.C. Bar No. 437437
United States Attorney

DANIEL F. VANHORN, D.C. Bar No. 924092
Chief, Civil Division

By: */s/ Derek S. Hammond*
DEREK S. HAMMOND, D.C. Bar No. 1017784
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Telephone: 202-252-2511
Derek.Hammond@usdoj.gov

*Counsel for Defendant*

*/s/ Stephen D. Stamboulieh*
Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 4008
Madison, MS  39130
(601) 852-3440
stephen@sdslaw.us
DC District Court Bar# MS0009

*Counsel for Plaintiff*